# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 377 WAL 2021

             Respondent            :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

             v.                         :

BENJAMIN MELVIN DAVIS,            :

             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.